IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Harry William Lott,

          Plaintiff,

v.

Washington County Common Pleas,
4th District Court of Appeal.,

          Defendant.

Case No. 2:21-cv-4707

Judge Graham

Magistrate Judge Vascura

## Order

    This matter is before the Court on the magistrate judge's October 21, 2021 Report and Recommendation. No objections have been filed. Upon review of the Report and Recommendation, the Court adopts it in its entirety and hereby dismisses this action under 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted. Plaintiff's various motions (Docs. 2, 3, 4) are denied as moot.

                                                  s/ James L. Graham
                                                  JAMES L. GRAHAM
                                                  United States District Judge

DATE: November 16, 2021